**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000750
12-MAR-2024
08:13 AM
Dkt. 27 ODSD**

NO. CAAP-23-0000750

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

RICHARD RAGUDO, JR.; AMANDA RAGUDO,
Plaintiffs/Counterclaim Defendants-Appellees, v.
CHRISTINA VANGHLE, aka CHRISTINA VAN GHLE,
Defendant/Counterclaimant-Appellant, and
JESUS GARCIA ORTEGA,
Defendant/Counterclaimant-Appellee, and
DOE OCCUPANTS 1-10, holding under CHRISTINA VANGHLE,
aka CHRISTINA VAN GHLE, and/or JESUS GARCIA ORTEGA,
Defendants

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
PUNA DIVISION
(CASE NO. 3DRC-23-0001218)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Nakasone and McCullen, JJ.)

Upon review of the record, it appears that:

(1) On February 14, 2024, the court ordered that within ten days from the order, self-represented Defendant/Counterclaimant-Appellant Christina Vanghle (Vanghle) shall either pay the appellate filing fee in the full amount to the Supreme Court Clerk's Office, or file a motion for leave to proceed on appeal *in forma pauperis*, that complies with Hawai'i Rules of Appellate Procedure (HRAP) Rule 24(a). The court cautioned Vanghle that failure to comply with the order may result in the appeal being dismissed; and

(2) The appellate clerk mailed copies of the February 14, 2024 order to Vanghle at her addresses on record. The United States Postal Service returned the envelopes, marked

"Unable to Forward," and Vanghle has not filed a notice of change of address, consistent with HRAP Rule 25(f), or taken any further action in this appeal since filing the notice of appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed, under HRAP Rule 11(b)(2).

DATED:  Honolulu, Hawaiʻi, March 12, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge